Matter of People of the State of New York ex rel. Jeremiah Griffin v Warden, NYC Dept. of Corr. (2025 NY Slip Op 01594)

Matter of People of the State of New York ex rel. Jeremiah Griffin v Warden, NYC Dept. of Corr.

2025 NY Slip Op 01594

Decided on March 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 18, 2025

Before: Moulton, J.P., Kennedy, Rodriguez, Pitt-Burke, O'Neill Levy, JJ. 

Ind. No. 70271/24|Appeal No. 3931|Case No. 2024-05711|

[*1]In the Matter of The People of the State of New York ex rel. Jeremiah Griffin, Petitioner-Appellant,
v
Warden, NYC Department of Corrections, Respondent.

Jeremiah J. Griffin, appellant pro se.
Alvin L. Bragg, Jr., District Attorney, New York (Alex King of counsel), for respondent.

Judgment, Supreme Court, New York County (April A. Newbauer, J.), entered August 20, 2024, denying the petitioner for a writ of habeas corpus, unanimously affirmed, without costs.
The majority of petitioner's claims, including that his speedy trial rights were violated and that the complaining witness wants the charges against petitioner dropped, are unpreserved (see e.g. People ex rel. Witty v Warden of Rikers Is. Correctional Facility, 248 AD2d 333 [1st Dept 1998], lv denied 91 NY2d 814 [1998]), and we decline to consider these claims in the interest of justice.
As for the claims that are preserved, we find that the court properly denied the petition (see People ex rel. Grant v Scully, 190 AD2d 543 [1st Dept 1993], appeal dismissed 92 NY2d 946 [1998]; People ex rel. Kitchen v White, 158 AD2d 437, 437 [1st Dept 1990], lv denied 76 NY2d 702 [1990]; see also People ex rel. Harrington v Cully, 103 AD3d 1093, 1093 [4th Dept 2013]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 18, 2025